Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: sshah@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

\*\*E-filed 7/20/05\*\*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No.: CV-05-0406 JF |
| Plaintiff, | Honorable Jeremy Fogel |
| vs. | **PLAINTIFF DIRECTV, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; ORDER THEREON** |
| VIN VU, | |
| Defendant. | **Case Management Conference:** |
| | Date:  July 29, 2005 |
| | Time:  10:30 a.m. |
| | Dept.: Courtroom 3, 5th Floor |

Counsel for Plaintiff DIRECTV, INC., ("DIRECTV") respectfully requests that the Court allow the telephonic appearance of counsel at the Case Management Conference currently scheduled for July 29, 2005, at 10:30 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

1  This request is made on the grounds that the attorneys primarily responsible for handling this matter are located in Orange County, California, approximately 385 miles from the above-referenced Court. Personal appearance at the hearing would therefore cause an undue hardship on DIRECTV. If granted, Sandeep J. Shah will be making the appearance and can be reached at (949) 224-6286.

DATED: July 19, 2005

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation

By: /s/ Sandeep J. Shah
Sandeep J. Shah
Attorneys for Plaintiff DIRECTV, INC.

## ORDER

Having reviewed the file and the request in this matter and for good cause appearing, **IT IS SO ORDERED** that the request to appear telephonically is hereby GRANTED.

Dated: 7/20/05

/s/electronic signature authorized
_____
Honorable Jeremy Fogel
United States District Court
Northern District of California

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER, NEMER, FIELDS & YOUNGER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On July 19, 2005, I served the foregoing document described as: **REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

Vin Vu
526 Issac Court
San Jose, CA 95136

**(Defendant)**

[X]   **BY MAIL**   I am a resident of, or employed in, the county where the mailing occurs; I am over the age of 18 years and am not a party to the cause. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter, Nemer, Fields & Younger in Irvine, California. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on that date following ordinary business practices.

[X]   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 19, 2005, at Irvine, California.

  Laura Urias                                      ___/s/ Laura Urias_____
                                                                 (Signature)